FILED
2010 Feb-26  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSIE EUGENE LEE, | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | 2:09-CV-1956-LSC-RRA |
| | ) | |
| BLOUNT COUNTY INVESTIGATOR | ) | |
| LARRY DABBS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 5, 2010 , recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be DISMISSED pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

Done this 26th day of February 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671